FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JAN 20 PM 1: 12

CLERK J. Burton
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JAMES WILBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 105-013 |
| | ) |
| MASTERS INN, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**.

SO ORDERED this __ day of January, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE